**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NEERAJ BAXI,       ) | |
|       ) | |
|       Plaintiff,       ) | |
|       ) | |
|       ) | Case No. 1:10-CV-06346 |
| v.       ) | |
|       ) | Judge Robert M. Dow, Jr. |
| ENNIS KNUPP & ASSOCIATES, INC.;       ) | |
| HEWITT ASSOCIATES, INC.; AON       ) | |
| CORPORATION; AON HEWITT; and       ) | |
| HEWITT ENNISKNUPP,       ) | |
|       ) | |
|       Defendants.       ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Neeraj Baxi ("Baxi") and Defendants Hewitt EnnisKnupp, Inc., formerly known as Ennis Knupp & Associates, Inc. ("Ennis Knupp"), Hewitt Associates, Inc. a/k/a Aon Hewitt ("Hewitt") and Aon Corporation ("Aon") (collectively with Baxi, (the "Parties")), hereby agree and stipulate that this case has been settled with respect to each of Baxi's claims against all Parties and that all issues and controversies have been resolved to their mutual satisfaction.

**IT IS HEREBY ORDERED:**

1.      The applicable Parties shall comply with the terms of the Confidential Settlement and Release entered into between them on September 28, 2012 (the "Settlement Agreement").

2.      By consent of the Parties, the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

3.      Baxi's claims are hereby dismissed, with prejudice, in their entirety. All Parties shall bear their own attorneys' fees and costs.

DATED: October ___, 2012


NEERAJ BAXI

HEWITT ENNISKNUPP, INC. f/k/a ENNIS KNUPP & ASSOCIATES, INC.


By: /s/ Shorge K. Sato
    Shorge Kenneth Sato, IL Bar No. 6278382
    BROWN, UDELL, POMERANTZ & DELRAHIM
    1332 North Halsted Street, Suite 100
    Chicago, Illinois 60642
    T: (312) 475-9900
    F: (312) 475-1188
    ssato@bupdlaw.com

By: /s/ Randall M. Lending
    Randall Marc Lending, IL Bar No. 6198407
    Rebecca Lynn Dandy, IL Bar No. 6293585
    VEDDER PRICE P.C.
    222 North LaSalle Street, Suite 2600
    Chicago, Illinois 60601
    T: (312) 609-7500
    F: (312) 609-5005
    rlending@vedderprice.com
    rdandy@vedderprice.com
    *Attorneys for Hewitt Ennis Knupp f/k/a Ennis Knupp & Associates, Inc.*


Rishi Bhandari
MANDEL BHANDARI LLP
11 Broadway, Suite 615
New York, New York 10004
T: (212) 269-5600
F: (646) 964-6667
rb@mandelbhandari.com
*Attorneys for Neeraj Baxi*

HEWITT ASSOCIATES, INC. a/k/a AON HEWITT and AON CORPORATION

By: /s/ Mary T. Weber
    Steven Thomas Catlett, IL Bar No. 6269229
    Mary Therese Weber, IL Bar No. 6292072
    SIDLEY AUSTIN LLP
    One South Dearborn Street
    Chicago, Illinois 60603
    T: (312) 853-7000
    F: (312) 853-7036
    scatlett@sidley.com
    mweber@sidley.com
    *Attorneys for Hewitt Associates, Inc. a/k/a Aon Hewitt and Aon Corporation*