# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Neeraj Baxi

Plaintiff,

v.                                                          Case No.: 1:10–cv–06346
                                                            Honorable Robert M. Dow Jr.

Ennis Knupp & Associates, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2014:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Joint Stipulation of Dismissal [93],filed 10/22/2012, the above–entitled cause of action is hereby dismissed. Baxi's claims are hereby dismissed, with prejudice, in their entirety. All parties shall bear their own attorneys' fees and costs. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.